**Order entered September 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00067-CV

## DEMONDRIA JEFFERSON AND DEMETRA WYSINGER, Appellants

## V.

## GEICO COUNTY MUTUAL INSURANCE CO., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

## ORDER

Before the Court is appellants' fifth motion for extension of time to file their opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief received September 23, 2020 filed as of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE
